# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DERLON K. CRAIN** | : | **DOCKET NO. 2:21-cv-872** |
| DOC # 91405 | | SECTION P |
| **VERSUS** | : | **JUDGE TERRY A. DOUGHTY** |
| **TONY MANCUSO, ET AL** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter be **DISMISSED WITH PREJUDICE** as malicious and duplicative, and for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(b) and § 1915A.

**MONROE, LOUISIANA,** this 30th day of July 2021.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**